UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.T., <br><br> Plaintiff, <br> v. <br><br> EVERETT SCHOOL DISTRICT, et al., <br><br> Defendants. | CASE NO. C16-1536JLR <br><br> ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF A SUBPOENA |

Before the court is Defendants Everett School District, Carol Whitehead, and Craig Verver's (collectively, "Defendants") *ex parte* motion for the issuance of a subpoena to Nyles Salmond, who is located in Texas. (*See* Mot. (Dkt. # 34) at 1.) Under Federal Rule of Civil Procedure 45, the Clerk of Court "must issue a subpoena . . . to a party who requests it," Fed. R. Civ. P. 45(a)(3), and the subpoena "must issue from the court where the action is pending," Fed. R. Civ. P. 45(a)(2). Having reviewed Defendants' motion, the Declaration of Haley E. Moore in support of the motion (Moore

Decl. (Dkt. # 35)), the relevant portions of the record, and the applicable law, the court GRANTS Defendants' motion (Dkt. # 34) without prejudice to Plaintiff A.T. seeking to quash the subpoena or other relief in the appropriate judicial district. *See* Fed. R. Civ. P. 45(d)(3) (stating that "the court for the district where compliance is required" is to address quashing or modifying a subpoena). The Clerk of Court SHALL issue the subpoena attached to the Declaration of Haley E. Moore as Exhibit B (Dkt. # 35-1).

Dated this 22nd day of August, 2017.

JAMES L. ROBART
United States District Judge