**HONORABLE JAMES L. ROBART**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| A.T., individually,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT SCHOOL DISTRICT, a public corporation; CAROL WHITEHEAD, an individual; CRAIG VERVER, an individual,<br><br>Defendants | No. 2:16-cv-01536<br><br>**MOTION, STIPULATION, AND ORDER TO EXTEND DEADLINES** |

**COMES NOW** Plaintiff, by and through her undersigned attorneys of record, and hereby moves the Court to extend the deadline for the disclosure of expert witnesses to September 29, 2017.

**THIS MOTION** is based upon all applicable court rules, the affidavit of counsel appended hereto, as well as in the interest of justice.

RESPECTUFLLY SUBMITTED this 29th day of August, 2017

PFAU COCHRAN VERTETIS AMALA, PLLC

By /s/ Darrell L. Cochran
Darrell L. Cochran, WSBA No. 22851
Kevin M. Hastings, WSBA No. 42316

MOTION, STIPULATION, AND ORDER TO EXTEND DEADLINES

Page 1 | 2:16-cv-01536

**PFAU COCHRAN VERTETIS AMALA**
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

STATE OF WASHINGTON )
: ss
COUNTY OF PIERCE )

I, DARRELL L. COCHRAN, hereby declare under penalty and perjury under the laws of the State of Washington that the following is true and correct:

Parties have agreed that with discovery still ongoing and important depositions still taking place, the deadline for the disclosure of expert witnesses should be extended to September 29, 2017.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 29th day of August, 2017, in Tacoma, Washington.

By: /s/ Darrell Cochran
Darrell L. Cochran, WSBA No. 22851
Attorney for Plaintiff

MOTION, STIPULATION, AND ORDER TO EXTEND DEADLINES

Page 1 | 2:16-cv-01536

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1

## STIPULATION

2          Plaintiff and Defendants hereby stipulate to extend the deadline for the disclosure of

3  expert witnesses to September 29, 2017.

4

5  Presented by:

6  PFAU COCHRAN VERTETIS AMALA PLLC

7

8  By: ____/s/ Darrell L. Cochran_____

9      Darrell L. Cochran, WSBA No. 22851
       Kevin M. Hastings, WSBA No. 42316

10     Attorneys for Plaintiffs

11

12 Approved as to form:

13 LAW OFFICES OF COGDILL NICHOLS REIN WARTELLE ANDREWS

14

   By ____/s/ Michael J. Andrews_____
15 Michael J. Andrews, WSBA No. 26176
   Attorney for Defendant
16

17

18 PATTERSON BUCHANAN FOBES & LEITCH

19

   By ____/s/ Charles Leitch_____
20 Charles Leitch, WSBA No. 25443
   Haley Moore, WSBA No. 48076
21 Attorneys for Defendant

22

23

24

25

26

MOTION, STIPULATION, AND ORDER TO
EXTEND DEADLINES



Page 2 | 2:16-cv-01536

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

# ORDER

**THIS MATTER** having come in the above captioned matter, on the Motion, Stipulation, and Order to Extend Deadlines, and the Court being fully appraised after reviewing the record and finding the motion to be in order; **NOW THEREFORE**,

**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the Expert Witness Disclosure deadline is extended to September 29, 2017. *The court is not, however, inclined to extend any other remaining pretrial deadlines.*

DATED this 30th day of August, 2017.

_____
JUDGE JAMES ROBART

MOTION, STIPULATION, AND ORDER TO
EXTEND DEADLINES

Page 3 | 2:16-cv-01536



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654