# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

A.T.,

    Plaintiff,

v.

EVERETT SCHOOL DISTRICT, et al.,

    Defendants.

CASE NO. C16-1536JLR

ORDER

On September 28, 2017, Plaintiff A.T. filed a motion to compel a response to Interrogatory No. 2 from Defendant Everett School District ("the District"). (MTC (Dkt. # 41).) The court reprimands A.T. and her counsel for filing the motion in contravention of the court's scheduling order, which requires a party to request a conference with the court before moving for an order related to discovery. (Sched. Order (Dkt. # 20) at 2.) The court expects the parties and their counsel to comply with all court orders and applicable rules and will consider appropriate sanctions for future violations.

Nevertheless, given that the deadline for filing discovery motions is September 29, 2017, and the discovery cutoff is October 30, 2017, the court will consider A.T.'s motion. (*See id.* at 1.) Accordingly, the court DIRECTS the District to respond to the motion subject to the Local Rules for the Western District of Washington. *See* Local Rules W.D. Wash. LCR 7(b)(2); *id.* LCR 7(d). A.T. may, but is not required to, file a reply in support of her motion no later than the noting date. *See id.* LCR 7(b)(3); *id.* LCR 7(d).

Dated this 29th day of September, 2017.

JAMES L. ROBART
United States District Judge