UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 02 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

A. T., individually,

        Plaintiff - Appellant,

  v.

EVERETT SCHOOL DISTRICT, a
public corporation; et al.,

        Defendants - Appellees.

No. 18-35033

D.C. No. 2:16-cv-01536-JLR
U.S. District Court for Western
Washington, Seattle

**MANDATE**

The judgment of this Court, entered December 11, 2019, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7